UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIR HEKMATI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00875 (ESH) |
| ) | |
| THE GOVERNMENT OF THE ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| Its Ministries, Agencies, and ) | |
| Instrumentalities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT**

# **\*\*FILED UNDER SEAL
PENDING COURT'S RULING ON
PLAINTIFF'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL\*\***