**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMIR HEKMATI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:16-cv-00875 (ESH)** |
| | ) | |
| THE GOVERNMENT OF THE | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| Its Ministries, Agencies, and | ) | |
| Instrumentalities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EX. A TO PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF
LAW IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT**

**\*\*FILED UNDER SEAL
PENDING COURT'S RULING ON
PLAINTIFF'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL\*\***